UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re SCOTT P. WARNER                                    Chapter  13
    CAROL L. WARNER   ,                              Case No.    24854   -svk
                    Debtors.

NOTICE OF TELEPHONE HEARING ON TRUSTEE'S AFFIDAVIT OF DEFAULT

       PLEASE TAKE NOTICE that a telephone hearing will be held before the Honorable Susan V. Kelley, United States Bankruptcy Judge, on **December 15, 2015,        at  11:00am** , to consider the Trustee's Affidavit of Default.        **To appear by telephone, you must call the Court conference line at 1-888-675-2535, access code 9918878 before the scheduled hearing time.**  Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.  The Debtor is welcome, but not required to participate in this hearing.

                        /s/ Anton B. Nickolai

                        Debtors' attorney

Drafted by:
Attorney Anton B. Nickolai
Nickolai & Poletti, LLC
308 Milwaukee Avenue
Burlington, WI  53105
Phone (262) 757-8444
Fax (262) 287-9725